Keller W. Allen, WSBA No. 18794
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA 99201
Telephone: (509) 777-2211
Facsimile: (509) 777-2215

Attorneys for Defendant
GOODRICH COPORATION, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY REISEN, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>GOODRICH CORPORATION, INC., a New York Corporation,<br><br>Defendant. | Case No. CV-07-294-FVS<br><br>**STIPULATED PROTECTIVE ORDER** |

It is hereby stipulated between the Plaintiff and Defendant in the above-captioned matter that the confidentiality provisions described herein shall govern the following information and documents that will

STIPULATED PROTECTIVE ORDER - Page 1

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

be provided in depositions and in response to discovery requests in this matter:

1.  Any documents, information and testimony produced by a party in this action which are, in good faith, determined by the producing party to contain confidential or proprietary information, including without limitation documents and information pertaining to personnel and related files maintained by Defendant, provided it is marked or designated "Confidential".

The parties request that the Court enter an order consistent with this stipulation as follows:

2.  Information, documents and testimony covered by this protective order shall not be used for any purpose except in connection with this pending action, and shall not be delivered, exhibited or disclosed to any person, except to: a) The parties to this litigation; b) Employees of counsel assisting said counsel in the preparation and trial of this matter; and c) Experts or other witnesses

STIPULATED PROTECTIVE ORDER - Page 2

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

with whom Plaintiff or Defendant consult in preparation for this litigation, as provided in paragraph 3.

3. Before delivery or disclosure of any information, document or testimony covered by this protective order to any expert or other witness as described in the foregoing paragraph, such persons shall be required to read a copy of this protective order and to sign a statement, in the form of Attachment A hereto, indicating that the person has read and shall abide by this order.

4. Nothing in this protective order shall prevent the use of covered material at time of hearing; on motion, including summary judgment; or in any discovery hearing.  Nothing in this protective order shall be considered a waiver of any objection, or response to objection, regarding admissibility or use of covered material.  If information, documents and testimony covered by the protective order are used in or in support of motions or briefs, the fact that the information, documents or testimony exist may be referred to, but the confidential information, documents or testimony shall be filed under seal. **Any confidential information filed under seal pursuant to**

STIPULATED PROTECTIVE ORDER - Page 3

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

**this order shall state "Sealed Pursuant to Protective Order" in the heading.** Should either party fail to file confidential information under seal, they may be removed from any public file and filed under seal upon the request of either party to the Court.

5. The terms of this protective order may be modified by written stipulation of the parties or the order of the Court. Either party may apply to the Court for modification or interpretation of this order by telephonic conference or written motion.

6. All documents, information and testimony, and copies thereof, covered by this protective order shall be returned to the producing party upon final conclusion of this proceeding.

Jointly Presented By:

s/ Christine M. Weaver                                    2/7/08
    Christine M. Weaver, WSBA No. 20845                Date
    Attorney for Plaintiff

STIPULATED PROTECTIVE ORDER - Page 4

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

s/ Keller W. Allen                                             2/8/08
Keller W. Allen, WSBA No. 18794                      Date
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 6th day of March, 2008.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

STIPULATED PROTECTIVE ORDER - Page 5

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

## ATTACHMENT A

STATE OF _____  )
                             ss.
COUNTY OF _____   )

_____, being first duly sworn on oath, deposes and says:

    1.    I have read a copy of the Protective Order dated _____, in the action entitled <u>Roy Reisen v. Goodrich Corporation, Inc.</u>, understand the same and shall abide by it.

    2.    If a party, their attorneys, or other agent shall deliver, exhibit or disclose to me any document, information or testimony which has been marked or designated as confidential under the terms of the Protective Order, I shall not use such document, information or testimony for any purpose except in connection with the above-entitled action, and I shall not deliver, exhibit, or disclose it to any persons except with parties to this action, their counsel of record and such employees and agents of said counsel as are assisting counsel in the preparation or trial of the action.

                                            _____

    SUBSCRIBED AND SWORN to before me this _____ day of _____, 2008.

                                        _____
Print Name:_____
NOTARY PUBLIC in and for the State of _____, residing at _____
My commission expires:_____

STIPULATED PROTECTIVE ORDER - Page 6

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215